# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keyon Shavaris Baker,<br><br>  Plaintiff,<br><br>v.<br><br>United States Customs and Border Protection Service, et al.,<br><br>  Defendants. | No. CV-19-04512-PHX-DMF<br><br>**ORDER** |

Pending before the Court is Plaintiff's Amended Complaint. (Doc. 16.) The matter was referred to Magistrate Judge Deborah M. Fine for a Report and Recommendation. (Doc. 17.) On September 3, 2019, the Magistrate Judge filed a Report and Recommendation, recommending the Court dismiss without prejudice and without leave to amend Plaintiff's Amended Complaint. (Id.) On September 10, 2019, Plaintiff filed a Motion for Reconsideration.[1] (Doc. 18.) To date, no response has been filed. After considering the Report and Recommendation and Plaintiff's Motion for Reconsideration, the Court now issues the following ruling.

**I.  STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). The Court must review the legal analysis in the Report and Recommendation *de novo*. See 28 U.S.C § 636(b)(1)(C). The

---

[1] The Court will construe Plaintiff's Motion for Reconsideration as an Objection to the Report and Recommendation.

Court must review the factual analysis in the Report and Recommendation *de novo* for those facts to which Objections are filed and for clear error for those facts to which no Objections are filed. See id.; see also Turner v. Duncan; 158 F.3d 449, 455 (9th Cir. 1998) (failure to file objections relieves the district court of conducting *de novo* review of the magistrate judge's factual findings).

## II. DISCUSSION

On June 20, 2019, Plaintiff filed a pro se Complaint. The Magistrate Judge issued an Order stating the Complaint did not state a claim upon which relief could be granted pursuant to Rule 8 and allowed Plaintiff to file an Amended Complaint. In the Order, the Magistrate Judge included the Court's website where Plaintiff could find free materials for pro se litigants, including applicable rules. On August 5, 2019, Plaintiff filed an Amended Complaint. The Amended Complaint was not substantially different from the original Complaint, as it consisted of the original Complaint and exhibits. On September 3, 2019, the Magistrate Judge filed a Report and Recommendation, recommending Plaintiff's Amended Complaint be dismissed without prejudice and without leave to amend for failing to comply with pleading requirements and failing to state a claim.

On September 10, 2019, Plaintiff filed a Motion for Reconsideration. In the motion, Plaintiff asked the Court to reconsider the Magistrate Judge's recommendation to dismiss and attached Eades v. Thompson, 823 F.2d 1055 (7th Cir. 1987), in its entirety, to support the motion.

Having reviewed the legal conclusions of the Report and Recommendation and the Plaintiff's Motion for Reconsideration, the Court finds that the Magistrate Judge adequately analyzed Plaintiff's Amended Complaint. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## III. CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 17.)

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Reconsideration. (Doc. 18.)

**IT IS FURTHER ORDERED** dismissing without prejudice and without leave to amend Plaintiff's Amended Complaint. (Doc. 16.) The Clerk of the Court shall enter judgment accordingly.

Dated this 24th day of October, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge